The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOLSON COORS BEVERAGE COMPANY USA LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 2:21-cv-00982-MJP <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **NOTE ON MOTION CALENDAR: AUGUST 11, 2021** |

Plaintiff Northwest Administrators, Inc. and Defendant Molson Coors Beverage Company USA LLC, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is currently August 16, 2021.

2. The parties agree that the time for Defendant to answer or otherwise respond to the Complaint should be extended by thirty days to September 15, 2021.

3. The parties respectfully request that the Court enter the below Order extending the deadline as stipulated.

//

//

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT (2:21-CV-00982-MJP) - 1

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
206-624-3600

1   DATED this 11th day of August, 2021.

2   REID, MCCARTHY, BALLEW & LEAHY, L.L.P.                FOX ROTHSCHILD LLP

4   By  /s/ Russell J. Reid                               By  /s/ James Breitenbucher
        Russell J. Reid, WSBA #2560                           James Breitenbucher, WSBA #27670
5       100 West Harrison Street                              1001 Fourth Avenue, Suite 4500
        North Tower, Suite 300                                Seattle, WA 98154
6       Seattle, WA 98119                                     Telephone: 206.624.3600
        Telephone: (206) 285-0464                             Facsimile: 206.389.1708
7       Facsimile: (206) 285-8925                             Email: jbreitenbucher@foxrothschild.com
        Email: rjr@rmbllaw.com
8                                                         *Attorneys for Defendant*

9   *Attorneys for Plaintiff*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT (2:21-CV-00982-MJP) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON 98154
206-624-3600

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to September 15, 2021.

DATED this 12th day of August, 2021.

The Honorable Marsha J. Pechman
United States Senior District Judge