The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | Case No. 2:21-cv-00982-MJP |
| Plaintiff, | **SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| MOLSON COORS BEVERAGE COMPANY USA LLC, a Delaware limited liability company, | **NOTE ON MOTION CALENDAR: SEPTEMBER 13, 2021** |
| Defendant. | |

Plaintiff Northwest Administrators, Inc. and Defendant Molson Coors Beverage Company USA LLC, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.      The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is currently September 15, 2021 (ECF No. 8).

2.      The parties agree that the time for Defendant to answer or otherwise respond to the Complaint should be extended to October 1, 2021.

3.      This proposed extension will not affect the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (ECF No. 9).

4.      The parties respectfully request that the Court enter the below Order extending the deadline as stipulated.

SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT (2:21-CV-00982-MJP) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON 98154
206-624-3600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED this 13th day of September, 2021.

REID, MCCARTHY, BALLEW & LEAHY, L.L.P.

By   */s/ Russell J. Reid*
    Russell J. Reid, WSBA #2560
    100 West Harrison Street
    North Tower, Suite 300
    Seattle, WA  98119
    Telephone: (206) 285-0464
    Facsimile: (206) 285-8925
    Email: rjr@rmbllaw.com

*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By   */s/ James Breitenbucher*
    James Breitenbucher, WSBA #27670
    1001 Fourth Avenue, Suite 4500
    Seattle, WA 98154
    Telephone:  206.624.3600
    Facsimile:  206.389.1708
    Email: jbreitenbucher@foxrothschild.com

*Attorneys for Defendant*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to October 1, 2021.

DATED this 13th day of September, 2021.

The Honorable Marsha J. Pechman
United States Senior District Judge

SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT (2:21-CV-00982-MJP) - 3

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
206-624-3600