The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOLSON COORS BEVERAGE COMPANY USA LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 2:21-cv-00982-MJP <br><br> **THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO MODIFY OTHER CASE DEADLINES** <br><br> **NOTE ON MOTION CALENDAR: SEPTEMBER 29, 2021** |

Plaintiff Northwest Administrators, Inc. and Defendant Molson Coors Beverage Company USA LLC, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is currently October 1, 2021 (ECF No. 11).

2. This is a third request for an extension of deadlines. The reason for each request for extension to answer the Complaint to Compel Audit is that the parties are working to resolve the dispute by the Defendant providing information to the Plaintiff. The parties have made substantial progress toward resolution of this dispute, but a few information requests remain outstanding.

THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (2:21-CV-00982-MJP) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON 98154
206-624-3600

126699980

1       3.    Based on the foregoing, the parties agree that the time for Defendant to answer or otherwise respond to the Complaint should be extended to November 1, 2021.

    4.    This proposed extension would affect the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Initial Scheduling Order"). (*See* ECF No. 9) . Accordingly, the parties stipulate to the following proposed modifications to the Initial Scheduling Order:

    (a)    Deadline for FRCP 26(f) Conference:    11/12/2021 (instead of 10/15/2021)

    (b)    Initial Disclosures:    11/19/2021 (instead of 10/22/2021)

    (c)    Combined Joint Status Report:    11/24/2021 (instead of 10/29/2021)

    5.    The parties respectfully request that the Court enter the below Order extending the deadline as stipulated.

DATED this 29th day of September, 2021.

| REID, MCCARTHY, BALLEW & LEAHY, L.L.P. | FOX ROTHSCHILD LLP |
|---|---|
| By  /s/ Russell J. Reid<br>Russell J. Reid, WSBA #2560<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle, WA  98119<br>Telephone: (206) 285-0464<br>Facsimile: (206) 285-8925<br>Email: rjr@rmbllaw.com<br><br>*Attorneys for Plaintiff* | By  /s/ James Breitenbucher<br>James Breitenbucher, WSBA #27670<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>Telephone:  206.624.3600<br>Facsimile:  206.389.1708<br>Email: jbreitenbucher@foxrothschild.com<br><br>*Attorneys for Defendant* |

THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (2:21-CV-00982-MJP) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON  98154
206-624-3600

126699980

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to November 1, 2021. In addition, the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement remains in effect, except the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/12/2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 11/19/2021 |
| Combined Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 11/24/2021 |

DATED this 30th day of September, 2021.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Judge

THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (2:21-CV-00982-MJP) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON 98154
206-624-3600

126699980