THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOLSON COORS BEVERAGE COMPANY USA LLC, a Delaware limited liability company, <br><br> Defendant. | NO.  C21-00982-MJP <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and James Breitenbucher of Fox Rothschild, LLP, attorneys for Defendant, Molson Coors Beverage Company USA LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C21-00982-MJP
Page 1 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

//

DATED this **26th** day of October, 2021.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | FOX ROTHSCHILD LLP |
| */s/ Russell J. Reid* | */s/ James Breitenbucher* |
| Russell J. Reid, WSBA #2560<br>100 West Harrison Street, N. Tower, #300<br>Seattle WA 98119<br>Telephone: (206) 285-0464<br>Fax: (206) 285-8925<br>Email: rjr@rmbllaw.com | James Breitenbucher, WSBA #27670<br>1001 Fourth Avenue, Suite 4500<br>Seattle WA 98154<br>Telephone: (206)624-3600<br>Fax: (206) 389-1708<br>Email:<br>jbreitenbucher@foxrothschild.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this **26** day of **Oct.**, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

//

//

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C21-00982-MJP
Page 2 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C21-00982-MJP
Page 3 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925